# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES KENT O'BRIEN, | Case No.  1:14-cv-01590-AWI-SAB |
| Plaintiff, | ORDER FINDING SERVICE OF COMPLAINT APPROPRIATE, AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS |
| v. | |
| UNITED STATES POSTAL SERVICE, | |
| Defendant. | |

Plaintiff James Kent O'Brien ("Plaintiff") filed this action on October 10, 2014.  (ECF No. 1.)  Plaintiff's complaint states claims against Defendant United States Postal Service ("Defendant") for Defendant's alleged breach of an insurance agreement pertaining to a package sent by Plaintiff that was delivered to the wrong recipient.

The Court notes that John Sigmon is listed as a defendant in this action on the Court's docket.  This appears to have occurred due to an administrative error on the Court's part when opening this action.  While Plaintiff mentioned John Sigmon in the caption of the complaint, it appears that this was not intended to name John Sigmon as a separate defendant, but simply to identify John Sigman as a representative of the Post Office in charge of domestic claims, akin to an "ATTN" designation on a letter.  John Sigman is not mentioned anywhere in the body of the complaint, which expressly states that Plaintiff is suing the United States Postal Service, but does not expressly state that Plaintiff is suing John Sigman.  Accordingly, the Court will order the

Clerk's Office to terminate John Sigman as a defendant in this action.[1]

Based upon the foregoing, it is HEREBY ORDERED that:

1.    The Clerk of the Court is ordered to terminate and dismiss John Sigmon as a defendant in this action;

2.    Service shall be initiated on the following defendant:

**UNITED STATES POSTAL SERVICE**

3.    The Clerk of the Court shall send Plaintiff one (1) USM-285 form, one (1) summons, a Notice of Submission of Documents form, an instruction sheet and a copy of the complaint filed October 10, 2014;

4.    Within thirty (30) days from the date of this order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

a.    One completed summons for each defendant listed above;

b.    One completed USM-285 form for each defendant listed above; and

c.    Two (2) copies of the endorsed complaint filed October 10, 2014.

5.    Plaintiff need not attempt service on the defendants and need not request waiver of service.  Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

6.    The failure to comply with this order will result in dismissal of this action.

IT IS SO ORDERED.

Dated:    **October 17, 2014**

UNITED STATES MAGISTRATE JUDGE

---

[1] To the extent that Plaintiff wishes to state a separate claim against John Sigmon, Plaintiff may file an amended complaint stating a claim against Mr. Sigmon individually.