BENJAMIN B. WAGNER
United States Attorney
JEFFREY J. LODGE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California  93721
Telephone:  (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for the United States
Sued herein as United States Postal Service

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES KENT O'BRIEN, | Case No. 1:14-cv-01590-AWI-SAB |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| UNITED STATES POSTAL SERVICE, | |
| Defendant. | |

Pursuant to the terms of a written settlement and Rule 41(a) of the Rules of Civil Procedure, the parties hereby stipulate that the Complaint filed on October 10, 2014, be dismissed with prejudice, each party to bear their own attorney fees and costs.

IT IS SO STIPULATED.

Dated:  February 17, 2015                    BENJAMIN B. WAGNER
                                            United States Attorney


                                     By:    /s/Jeffrey J. Lodge_____
                                            JEFFREY J. LODGE
                                            Assistant U.S. Attorney
                                            Attorneys for the United States

Dated:  February 17, 2015


                                     By:    /s/James Kent O'Brien_____
                                            James Kent O'Brien, Plaintiff, pro se

1

**ORDER**

The above stipulation is APPROVED, and this action is hereby DISMISSED WITH PREJUDICE, each party to bear their own attorney fees and costs. The Clerk is directed to close this case.

IT IS SO ORDERED.

Dated:   March 3, 2015

                            SENIOR  DISTRICT  JUDGE